UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                   CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.                                      DEFENDANTS

### ORDER

The Court, having considered defendants', Quadrant Magnetics LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively "Defendants") Motion *in limine* to Exclude Evidence or Argument that Defendants Posed a National Security Threat (DN 142), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' Motion (DN 142) is **DENIED**.