**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Quadrant Magnetics LLC et al.** | No. 3:22-CR-88-DJH |

### [PROPOSED] ORDER

Upon consideration of the United States' Motion *In Limine* to Exclude Evidence of Charging Decisions, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                                         United States District Judge