# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Criminal No.  3:22-CR-88-DJH |
| PHIL PASCOE, *et al.* | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on the joint motion of Defendants Phil Pascoe, Scott Tubbs, and Monica Pascoe, to continue trial date in this matter. Having considered the Motion, and being otherwise well advised, IT IS ORDERED that the Motion is GRANTED. The JURY TRIAL set for April 1, 2024, is HEREBY CANCELLED.

IT IS FURTHER ORDERED AND ADJUDGED that period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within the trial of the offenses charged herein must commence pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).