# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics, LLC et al.** | No. 3:22-CR-88-DJH |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Compel Production of Exculpatory Evidence, it is hereby **ORDERED** that the Motion is **GRANTED**. Specifically, the Court finds that the government previously suppressed the documents that are the subject of Defendants' motion, contrary to its obligations under Federal Rule of Criminal Procedure 16 to disclose such exculpatory evidence.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge